UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY JAMES JACKSON, <br> AIS No. 128248, <br>     Petitioner, <br>         v. <br> GUY NOE, <br>     Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.: 2:22-CV-492-RAH-KFP <br> ) <br> ) <br> ) <br> ) |

## **O R D E R**

On September 19, 2022, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. Doc. 6.  Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. 6) is ADOPTED.

2. This case is DISMISSED for lack of jurisdiction, in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), because Petitioner has not obtained the required permission from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider Petitioner's successive habeas application.

A final judgment will be entered separately.

DONE, on this the 8th day of December 2022.

                                      /s/ R. Austin Huffaker, Jr.
                                  R. AUSTIN HUFFAKER, JR.
                                  UNITED STATES DISTRICT JUDGE